UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ISAIAH SMITH, JR., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-09215 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY, | * * * | JUDGE VITTER MAGISTRATE JUDGE WILKINSON |
| DEFENDANTS. | * | |
| | * | |
| Related to:   12-968 BELO         in MDL No. 2179 | * * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ENROLLING ADDITIONAL COUNSEL

Considering the foregoing Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company to Withdraw and Substitute Counsel (R. Doc. 14),

IT IS HEREBY ORDERED that Sara Grace Sirera of Liskow & Lewis be enrolled as additional counsel for Defendants BP Exploration & Production Inc. and BP America Production Company in this proceeding.

THUS DONE AND SIGNED this 19th day of December, 2019, at New Orleans, Louisiana.

_Wendy B. Vitter_
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**